UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) DERRICK DONNELL TAYLOR-NAIRN,<br>(2) JESSICA PLASCENCIA HERNANDEZ,<br>(3) JOSE MARGARITO MALDONADO,<br>(4) LEBRET MARQUIS RICHARDSON,<br>(5) ANDREW LEIE YOUNG,<br>(6) LISA ANN ADAMS,<br>(7) DAVID EARL BEEMAN,<br>(8) IAN EDWARD DISTRITO,<br>(9) SHAINE RODNEY JARDINE,<br>(10) ARTHUR ALONZO JEFFERSON,<br>(11) DE'ANDRE AARON JONES,<br>(12) SHANNON MARIE LEUPOLD,<br>(13) RIJAONA C. LASHAE LINDSEY,<br>(14) LAURA ANN PALPALLATOC,<br>(15) SOURIYANH L. PASOMSOUK,<br>(16) CHAD MICHAEL STAHLMAN,<br>(17) CORI NICOLE TROMBLEY,<br>(18) SERESA MAE WALTERS,<br>(19) CRYSTAL MARLENE WEAVER,<br>(20) JACK NY YIM, and<br>(21) CRAIG ALLEN FELLERS, SR.<br>Defendants. | NO. CR18-5094BHS<br><br>**PROTECTIVE ORDER** |

U.S. v. Taylor-Nairn, *et al.* / CR18-5094BHS
Protective Order - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     This matter comes before the Court on the United States' Motion for a Protective Order regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d).  Having considered the record and files herein, the Court finds there is good cause to grant the motion, and hence:

    IT IS HEREBY ORDERED that the discovery materials discussed in the Motion for the Protective Order and referred to therein as "Protected Material," marked specially as "Produced Subject to a Protective Order," may be produced to counsel for the defendants in this case.

    IT IS FURTHER ORDERED that possession of Protected Material is limited to the attorneys of record in this case, and to any investigators, expert witnesses, and other agents the attorneys of record hire in connection with this case (collectively referred to as "the defense team").  The defense team may review Protected Material with the defendants, and the defendants may inspect and review Protected Material with the defense team, but shall not be allowed otherwise to possess, photograph, or record Protected Material.

    IT IS FURTHER ORDERED that defense counsel shall not provide Protected Material to any other person outside his/her law office, including the defendants.  A copy of the Protected Material shall not be sent to any defendant at the Federal Detention Center, in either electronic form or hard copy.

    IT IS HEREBY FURTHER ORDERED that the defendant, defense counsel, and others to whom disclosure of the content of the Protected Material may be necessary to assist with the preparation of the defense, shall not disclose the Protected Material or its contents, other than as necessary for the preparation of defenses at trial and in subsequent appellate proceedings, if necessary.

    IT IS FURTHER ORDERED that if defense counsel finds it necessary to file any documents marked as "Produced Subject to a Protective Order," the material shall be filed under seal with the Court.

U.S. v. Taylor-Nairn, *et al.* / CR18-5094BHS
Protective Order - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON  98402
(253) 428-3800

Nothing in this Protective Order prohibits defense counsel from showing the Protected Material, or reviewing its contents, with the defendant or with others to whom disclosure may be necessary to assist with the preparation of the defense at trial and in subsequent appellate proceedings, if necessary.

Nothing in this Protective Order prohibits defense counsel from disputing the designation of material as Protected Material and, if agreement cannot be reached between the parties, to seeking a determination by this Court.

At the conclusion of the case, including any appellate proceedings, the Protective Material shall be returned to the United States, or destroyed, or otherwise stored in a manner to ensure that it is not subsequently duplicated or disseminated in violation of this Protective Order.

DATED this 14th day of May, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

U.S. v. Taylor-Nairn, et al. / CR18-5094BHS
Protective Order - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800